FILED
2014 JUL 24
M. HATCHER, CLK
U.S. BANKRUPTCY COURT
OF WA AT TACOMA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Voss/ Lim-Voss**　　　　CASE NO **10-40675**

FOR:
- ✔ DEBTOR
- ✔ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY (Please include Bar ID Number _____)
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: Jacob Voss and Misook Lim-Voss

ADDRESS: 19624 127th St E

Sumner, WA 98390

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: Jacob Voss and Misook Lim-Voss

ADDRESS: 971 10th Place NE
#303 Issaquah WA 98029

PHONE: 425-870-9983

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X [signature]
X [signature]

Date 7-15-14

Received
BY MAIL

JUL 21 2014

David M. Howe
Chapter 13 Trustee